The People of the State of New York, Respondent, 
against
Excelia Philbert, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Lyle E. Frank, J.), rendered February 5, 2016, convicting her, upon a plea of guilty, of possession of burglar's tools, and imposing sentence.




Per Curiam.
Judgment of conviction (Lyle E. Frank, J.), rendered February 5, 2016, affirmed.
Defendant's plea was knowing, intelligent and voluntary, and nothing in the plea allocution minutes casts doubt on her guilt (see People v Toxey, 86 NY2d 725 [1995]). The record shows that defendant, represented by counsel and no novice to the criminal justice system, clearly understood the nature of the charge to which she was pleading and willingly entered her plea to obtain the benefit of the bargain she had struck (see People v Goldstein, 12 NY3d 295, 301 [2009]).
In any event, the only relief defendant requests is dismissal of the accusatory instrument, and she expressly requests this Court to affirm her conviction if it does not grant a dismissal. Since it cannot be said that no penological purpose would be served by reinstating the proceedings (see People v Conceicao, 26 NY3d 375, 385 n 1 [2015]; People v Teron, 139 AD3d 450 [2016]), dismissal is not warranted and therefore we affirm (see People v Diaz, 112 AD3d 423 [2013], lv denied 23 NY3d 1036 [2014]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 13, 2017